

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00135-CV

## IN RE MAX RIOS

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

Real Party in Interest Lucia S. Sigmar has filed a motion to dismiss this original proceeding as moot. Relator Max Rios has filed a response joining in this request. The motion is granted, and this original proceeding is dismissed.

PER CURIAM

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition dismissed
Opinion delivered and filed August 5, 2009
[CV06]